JS-6

1  E. MARTIN ESTRADA
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  PAUL SACHELARI, CSBN 230082
7       Special Assistant United States Attorney
        Office of Program Litigation, Office 7
8       Office of the General Counsel
        Social Security Administration
9       6401 Security Boulevard
        Baltimore, MD 21235
10      Tel: (510) 970-4853
11      Fax: (415) 744-0134
        E-mail: Paul.Sachelari@ssa.gov
12

13 Attorneys for Defendant

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
16

17 MIKALA JANAI ALLEN,              No.  2:24-cv-02494-BFM

18            Plaintiff,

19 v.                               JUDGMENT OF REMAND

20 MARTIN O'MALLEY,

21 Commissioner of Social Security,

22            Defendant.

23

24

25

26

27

28

1   The Court having approved the parties' Stipulation to Remand for Further
2   Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of
3   Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4   the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5   **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6   Commissioner of Social Security for further proceedings consistent with the
7   Stipulation to Remand.

8   DATED:    AUGUST 29, 2024    _____
9                               HON. BRIANNA FULLER MIRCHEFF
10                              UNITED STATES MAGISTRATE JUDGE